IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WESTERNGECO, L.L.C. | § § § | |
| Plaintiff, | § § | |
| v. | § § | C.A. NO. 4:22-CV-03080 |
| MAGSEIS FF LLC, | § § § | |
| Defendant. | § | |

**NOTICE OF REMOVAL**
**EXHIBIT A**

**STATE COURT DOCKET SHEET**

Skip to Main Content Logout My Account Search Menu New Civil Search Refine Search  Back                           Location : Fort Bend   Help

# REGISTER OF ACTIONS
### CASE NO. 22-DCV-295787

| | | |
|---|---|---|
| **WeseternGeco, L.L.C. vs. Magseis FF LLC** | § § § § § § | Case Type: **Contract - Other Contract**<br>Date Filed: **08/05/2022**<br>Location: **458th District Court** |

---

#### PARTY INFORMATION

| | | |
|---|---|---|
| **Defendant or Respondent** | Magseis FF LLC<br>  Dallas, TX 75201 | **Attorneys**<br>**Candace A. Ourso**<br> *Retained*<br>832-753-8062(W) |
| **Plaintiff or Petitioner** | WesternGeco, L.L.C. | **James H. Nye**<br> *Retained*<br>713-651-2600(W) |

---

#### EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| | | | |
|---|---|---|---|
| 08/05/2022 | **Petition**  **Index # 1**<br>*Original Petition* | | |
| 08/05/2022 | **Request**  **Index # 2**<br>*Request for Process* | | |
| 08/09/2022 | **Issuance**  **Index # 3**<br>*Citation Issued to Magseis FF LLC* | | |
| 08/09/2022 | **Citation**<br>  *e-Service*<br>   Magseis FF LLC | Served<br>Returned | 08/10/2022<br>08/10/2022 |
| 08/10/2022 | **Officers Return**  **Index # 4**<br>*Citation Return for Magseis FF LLC Served on 8/10/22* | | |
| 09/06/2022 | **Answer/Contest/Response/Waiver**  **Index # 5**<br>*Magseis FF LLC's Original Answer to WesternGeco, L.L.C.'s Original Petition* | | |

---

#### FINANCIAL INFORMATION

| | | | |
|---|---|---|---|
| | **Plaintiff or Petitioner** WesternGeco, L.L.C. | | |
| | Total Financial Assessment | | 358.00 |
| | Total Payments and Credits | | 358.00 |
| | **Balance Due as of 09/07/2022** | | **0.00** |
| 08/08/2022 | Transaction Assessment | | 358.00 |
| 08/08/2022 | E-filing | Receipt # 2022-27317-DCLK    WesternGeco, L.L.C. | (221.00) |
| 08/08/2022 | State Credit | | (137.00) |