**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| WESTERNGECO, L.L.C. | § § § | |
| Plaintiff, | § § | |
| v. | § § | C.A. NO. 4:22-CV-03080 |
| MAGSEIS FF LLC, | § § § | |
| Defendant. | § | |

**NOTICE OF REMOVAL
EXHIBIT C**

**INDEX OF MATTERS BEING FILED**

# IN THE UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| WESTERNGECO, L.L.C. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | C.A. NO. 4:22-CV-03080 |
| | § | |
| MAGSEIS FF LLC, | § | |
| | § | |
| Defendant. | § | |

## INDEX OF MATTERS BEING FILED

As required by Local Rule 81, the following is an index of matters being filed:

1. Notice of Removal with Exhibits:

   Exhibit A – State Court Docket Sheet
   Exhibit B – State court Pleadings (executed process, pleadings, and orders)
   Exhibit C – Index of Matters Being Filed
   Exhibit D – List of All Counsel

2. Civil Cover Sheet; and

3. Filing Fee of $402.

The State Court has not signed any orders in this case.

Respectfully submitted,

**KENNEDYS CMK, LLP**

_____
CANDACE A. OURSO
State Bar No. 24008952
S.D. Tex. ID No. 23217
candace.ourso@kennedyslaw.com
848 Heights Boulevard
Houston, Texas 77007
T:  832.753.8062
F:  832.753.8079
***ATTORNEY-IN-CHARGE FOR DEFENDANT MAGSEIS FF LLC***

OF COUNSEL:

KENNEDYS CMK, LLP

CALLIE MURPHY
State Bar No. 24041546
S.D. Tex. ID No. 913216
callie.murphy@kennedyslaw.com
C. DOUGLAS WHEAT
State Bar No. 21246600
doug.wheat@kennedyslaw.com
848 Heights Boulevard
Houston, Texas 77007
T:  832.753.8061
F:  832.753.8079

## CERTIFICATE OF SERVICE

I certify that on September 9, 2022, a true and correct copy of the foregoing has been served on all known counsel of record in accordance with the Federal Rules of Civil Procedure.

_____
CANDACE OURSO