# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION

| | | |
|---|---|---|
| WESTERNGECO, L.L.C. | § § § | |
| Plaintiff, | § § | |
| v. | § § | C.A. NO. 4:22-CV-03080 |
| MAGSEIS FF LLC, | § § § | |
| Defendant. | § | |

## NOTICE OF REMOVAL
## EXHIBIT D

## LIST OF ALL COUNSEL OF RECORD

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WESTERNGECO, L.L.C. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | C.A. NO. |
| | § | |
| MAGSEIS FF LLC, | § | |
| | § | |
| Defendant. | § | |

## LIST OF ALL COUNSEL OF RECORD

Counsel for Plaintiff WesternGeco, L.L.C.:

**WINSTON & STRAWN, LLP**

**JAMES H. NYE**
State Bar No. 24056055
jnye@winston.com
800 Capitol Street, Suite 2400
Houston, Texas 77002
T:  713.652.2600
F:  713.651.2700

Counsel for Defendant Magseis FF LLC:

**KENNEDYS CMK, LLP**

**CANDACE A. OURSO**
State Bar No. 24008952
candace.ourso@kennedyslaw.com
**CALLIE MURPHY**
State Bar No. 24041546
callie.murphy@kennedyslaw.com
**C. DOUGLAS WHEAT**
State Bar No. 21246600
doug.wheat@kennedyslaw.com
848 Heights Boulevard
Houston, Texas 77007
T:  832.753.8062
F:  832.753.8079

Respectfully submitted,

**KENNEDYS CMK, LLP**

_____
CANDACE A. OURSO
State Bar No. 24008952
S.D. Tex. ID No. 23217
candace.ourso@kennedyslaw.com
848 Heights Boulevard
Houston, Texas 77007
T:  832.753.8062
F:  832.753.8079
***ATTORNEY-IN-CHARGE FOR DEFENDANT MAGSEIS FF LLC***

OF COUNSEL:

KENNEDYS CMK, LLP

CALLIE MURPHY
State Bar No. 24041546
S.D. Tex. ID No. 913216
callie.murphy@kennedyslaw.com
C. DOUGLAS WHEAT
State Bar No. 21246600
doug.wheat@kennedyslaw.com
848 Heights Boulevard
Houston, Texas 77007
T:  832.753.8061
F:  832.753.8079

## CERTIFICATE OF SERVICE

I certify that on September 9, 2022, a true and correct copy of the foregoing has been served on all known counsel of record in accordance with the Federal Rules of Civil Procedure.

_____
CANDACE OURSO

-3-