United States District Court
Southern District of Texas
**ENTERED**
July 20, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WESTERNGECO, L.L.C., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-22-3080 |
| | § | |
| MAGSEIS FF LLC, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order denying Plaintiff's Motion for Partial Summary Judgment, and granting Defendant's Motion for Summary Judgment, this action is **DISMISSED WITH PREJUDICE.**

Costs shall be taxed against the Plaintiff.

This is a **FINAL JUDGMENT.**

**SIGNED** at Houston, Texas, on this 20th day of July, 2026.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE